IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLARD WILLIAMS,

      Plaintiff,                    1: 09 CV 01256 OWW YNP SMS (PC)

   vs.                          ORDER RE-DESIGNATING CASE AS A
                                   REGULAR CIVIL ACTION

DEPT. OF CORRECTIONS, et al.,

      Defendants.

      This action was initiated by civil complaint filed on July 20, 2009, by retained counsel. Upon entry on the docket, this case was designated as a prisoner case. Pursuant to Local Rule 101, prisoner cases are defined as actions brought *in propria persona* by a person in custody who is seeking any relief authorized by 42 U.S.C. § 1981 et seq.

      Though this is an action brought on behalf of a prisoner seeking relief pursuant to 42 U.S.C. § 1983, it was filed by retained counsel. Plaintiff is not proceeding *in propria persona*. This should therefore be designated as a regular civil action.

 ////////////////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall re-designate this case as a regular civil case.

2. The Clerk's Office shall serve upon counsel for Plaintiff an initial scheduling order.

IT IS SO ORDERED.

**Dated:   April 12, 2010**                             **/s/ Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE