UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLARD WILLIAMS, )<br>)<br>            Plaintiff,   )<br>)<br>     v.                  )<br>)<br>M. GONZALEZ, R.N., et al., )<br>)<br>            Defendants.  )<br>)<br>_____) | 1:09-CV-01256 OWW JLT<br><br><br>**ORDER DISMISSING ACTION** |

    Pursuant to the stipulation of dismissal filed October 12/2010 pursuant to FRCvP 41(a)(1),

    IT IS HEREBY ORDERED that this matter is dismissed without prejudice. Each party to bear their own costs and fees.

IT IS SO ORDERED.

**Dated:   October 19, 2010**          **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE